IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01466-AP

SYLVIA M. GARZA,

Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:                                   For Defendant:

RUTH K. IRVIN                                    JOHN F. WALSH
Irvin & Irvin                                    United States Attorney
1443 Spruce St.                                  District of Colorado
Boulder, CO 80302
Telephone: (303) 543-0337                        KEVIN TRASKOS
Facsimile: (303) 543-0389                        Deputy Chief, Civil Division
rkirvin@irvinlaw.net                             United States Attorney's Office

                                                 WILLIAM G. PHARO
                                                 Assistant United States Attorney

                                                 ALEXESS D. REA
                                                 Special Assistant United States Attorney
                                                 1225 17th Street
                                                 Denver, CO 80202
                                                 Telephone: (303) 844-7101
                                                 Facsimile: (303)454-0770
                                                 alexess.rea@ssa.gov

-1-

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

**A.  Date Complaint Was Filed:** June 3, 2011
**B.  Date Complaint Was Served on U.S. Attorney's Office:** June 13, 2011
**C. Date Answer and Administrative Record Were Filed:** August 11, 2011

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

At this time, the Administrative Record appears to be complete and accurate; however, the parties will fully ascertain the completeness of the record upon the drafting and completion of their respective briefs.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not foresee offering any unusual claims or defenses in this case.

**7.  OTHER MATTERS**

The parties are not aware of any other matters at this time.

**8.  BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

**A.  Plaintiff's Opening Brief Due:** October 10, 2011
**B.  Defendant's Response Brief Due:** November 9, 2011
**C.  Plaintiffs Reply Brief (If Any) Due:** November 28, 2011

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A.  Plaintiff's Statement:**
　　　Plaintiff does not request oral argument.

**B.  Defendant's Statement:**
　　　Defendant does not request oral argument

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A.　　( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.　　(**X**)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.  OTHER MATTERS**

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR. 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

　　　DATED this 31st  day of August, 2011.

BY THE COURT:


_s/John L. Kane_____
U.S. DISTRICT COURT JUDGE

APPROVED:


For Plaintiff:                                          For Defendant:


s/ *Ruth K. Irvin*                                     JOHN F. WALSH
RUTH K. IRVIN                                          United States Attorney
Irvin & Irvin                                          District of Colorado
1443 Spruce St.
Boulder, CO 80302                                      KEVIN TRASKOS
Telephone: (303) 543-0337                              Deputy Chief, Civil Division
Facsimile: (303) 543-0389                              United States Attorney's Office
rkirvin@irvinlaw.net
                                                       WILLIAM G. PHARO
Attorney for Plaintiff                                 Assistant United States Attorney

                                                        s/  *Alexess D. Rea*
                                                       ALEXESS D. REA
                                                       Special Assistant United States Attorney
                                                       1225 17th Street
                                                       Denver, CO 80202
                                                       Telephone: (303) 844-7101
                                                       Facsimile: (303) 454-0770
                                                       alexess.rea@ssa.gov

                                                       Attorneys for Defendant


-4-